IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,
      Plaintiff,
v.                                            Case No.: 19-cv-62264-MGC

PR Tahiti LLC, a limited liability company,
      Defendant.

**PLAINTIFF'S VERIFIED STATEMENT
REGARDING PRIOR FILINGS UNDER THE ADA**

COMES NOW the undersigned counsel, Suzette M. Marteny Moore, attorney for Plaintiff, and states as follows:

Prior to the filing of the instant cause, I reviewed the Court records pursuant to the PACER system and the list of "ADA Cases/Subject Property Addresses (2004-Present)" to ascertain whether or not the property at issue herein was the subject of any previously filed action. The Court Records do not indicate that the Defendant was previously sued with regard to ADA violations at the subject property, and the property address does not appear on the Subject Property Addresses (2004-Present).

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2019.

                                                          */s/Suzette M. Marteny Moore*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this September 16, 2019.

                                                          */s/Suzette M. Marteny Moore*
                                                          Suzette M. Marteny Moore
                                                          FBN 668591
                                                          s.moore@smoorelaw.com

paralegal2@smoorelaw.com
S. Moore Law PLLC
2690 S. Combee Rd.
Lakeland, Florida 33801
863-229-2140 (T)/ (863) 808-0586 (F)

Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
Ph. (954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262