# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ACCESS FOR THE DISABLED, INC.,
a Florida not for profit corporation, and
PATRICIA KENNEDY, individually,

    Plaintiffs,

Case No.: 8:11-CV-1960-T-33TBM

vs.

SHIV SHRADDHA, LLC, a Florida
limited liability company,

    Defendant.

_____/

## AFFIDAVIT OF DANA J. WATTS

STATE OF FLORIDA

COUNTY OF SARASOTA

    BEFORE ME, the undersigned authority, personally appeared DANA J. WATTS, who, upon being duly sworn, deposes and states the following to be true and correct and based upon his own personal knowledge states as follows:

    1.    Affiant is a member of the Florida Bar since 1980, having graduated from University of Miami School of Law. Affiant is a Board Certified Civil Trial attorney and a Certified Circuit Court Mediator. He has practiced civil litigation in Sarasota continuously since 1984.



EXHIBIT 3

2. Affiant represented the Defendant in the above-styled action and was retained by the Defendant who agreed to compensate affiant at the rate of $300.00 per hour, and $125.00 per hour for paralegal time.

3. Attached to this affidavit is a summary of time expended on the case. The total of 22.45 hours is 20.65 attorney time and 1.8 hours of paralegal time. This summary is from the affiant billing program and the time is recorded contemporaneously to when it is performed.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DANA J. WATTS

SWORN and SUBSCRIBED, before me this 22nd of May, 2012, by Dana J. Watts, who is personally known to me or who has produced _____ as identification, and who did take an oath.

_____
Notary Public
(STAMP/SEAL)     Print Name: Maria Brigham



MARIA BRIGHAM
Notary Public - State of Florida
My Comm. Expires Oct 24, 2015
Commission # EE 140808
Bonded Through National Notary Assn.

2

Date: 05/11/2012  Case 0:19-cv-62264-AHS Document 19-3 Entered on FLSD Docket 04/30/2020 Page 3 of 4  Page: 1
Case 8:11-cv-01960-VMC-TBM  Detail Transaction File List  05/23/12  Page 3 of 4 PageID 123
Law Office of Dana J. Watts

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID PA2511L01.0 Patel/Sonmuchlal** | | | | | | | | | |
| PA2511L01.0 | 10/05/2011 | 1 | A | 2 | 300.00 | | 100.00 | Initial office conference regarding defense of lawsuit. | ARCH |
| PA2511L01.0 | 10/06/2011 | 1 | A | 6 | 300.00 | 1.00 | 300.00 | Open file. Preparation of Answer and Affirmative Defenses. | ARCH |
| PA2511L01.0 | 10/07/2011 | 1 | A | 9 | 300.00 | 0.50 | 150.00 | Redraft of Answer and Affirmative Defenses. Draft letter to Plaintiff's attorney. | ARCH |
| PA2511L01.0 | 10/07/2011 | 1 | A | 3 | 300.00 | 0.20 | 60.00 | Telephone conference with client and architect. | ARCH |
| PA2511L01.0 | 10/07/2011 | 1 | A | 34 | 300.00 | 1.00 | 300.00 | Legal research. | ARCH |
| PA2511L01.0 | 10/10/2011 | 1 | A | 4 | 300.00 | 0.70 | 210.00 | Receipt and review of email. Legal research. Redraft of Affirmative Defenses. | ARCH |
| PA2511L01.0 | 10/12/2011 | 1 | A | 4 | 300.00 | 0.50 | 150.00 | Receipt and review of ADA Scheduling Order. Letter to client. | ARCH |
| PA2511L01.0 | 10/31/2011 | 1 | A | 19 | | | 123.71 | West Law Research | ARCH |
| PA2511L01.0 | 11/01/2011 | 1 | A | 4 | 300.00 | 0.40 | 120.00 | Receipt and review of correspondence from Plaintiff. Letter to Client. | ARCH |
| PA2511L01.0 | 11/07/2011 | 1 | A | 23 | | | 6.25 | Copies | ARCH |
| PA2511L01.0 | 11/23/2011 | 1 | A | 4 | 300.00 | 0.30 | 90.00 | Receipt and review of Plaintiff's Answers to Interrogatories. Letter to Client. | ARCH |
| PA2511L01.0 | 11/29/2011 | 1 | A | 3 | 300.00 | 0.20 | 60.00 | Telephone conference with Client. | ARCH |
| PA2511L01.0 | 11/29/2011 | 1 | A | 3 | 300.00 | 0.20 | 60.00 | Telephone conference with Client and architect. | ARCH |
| PA2511L01.0 | 11/30/2011 | 1 | A | 19 | | | 91.15 | West Law Research | ARCH |
| PA2511L01.0 | 12/09/2011 | 1 | A | 4 | 300.00 | 0.20 | 60.00 | Receipt and review of email from attorney. Response thereto. | ARCH |
| PA2511L01.0 | 12/12/2011 | 1 | A | 3 | 300.00 | 0.30 | 90.00 | Telephone conference with Al Ramphal. | ARCH |
| PA2511L01.0 | 12/12/2011 | 1 | A | 4 | 300.00 | 0.40 | 120.00 | Receipt and review of expert report. Preparation of Notice of Serving Expert Report. | ARCH |
| PA2511L01.0 | 12/12/2011 | 1 | A | 23 | | | 7.50 | Copies | ARCH |
| PA2511L01.0 | 12/19/2011 | 1 | A | 34 | 300.00 | 0.20 | 60.00 | Legal research. | ARCH |
| PA2511L01.0 | 01/03/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of correspondence from attorney. | ARCH |
| PA2511L01.0 | 01/06/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Telephone conference with Client. | ARCH |
| PA2511L01.0 | 01/06/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Review of file. | ARCH |
| PA2511L01.0 | 01/09/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Telephone conference with Al Ramphal. | ARCH |
| PA2511L01.0 | 01/11/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Email to attorney, B. Joyner. | ARCH |
| PA2511L01.0 | 01/12/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Email to attorney, B. Joyner. | ARCH |
| PA2511L01.0 | 01/27/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Email to attorney, B. Joyner. | ARCH |
| PA2511L01.0 | 01/27/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of correspondence from attorney. | ARCH |
| PA2511L01.0 | 01/27/2012 | | A | 99 | | | 1821.11 | Payment received--Thank you. | ARCH |
| PA2511L01.0 | 01/31/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of Notice of Mediation. | ARCH |
| PA2511L01.0 | 02/01/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of correspondence from mediator. | ARCH |
| PA2511L01.0 | 02/01/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Email to Plaintiffs' counsel regarding mediation scheduling. | ARCH |
| PA2511L01.0 | 02/07/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of correspondence from attorney. Directions to staff. | ARCH |
| PA2511L01.0 | 02/07/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Preparation of Motion to Appear via Telephone. | ARCH |
| PA2511L01.0 | 02/08/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of Court Order regarding Pretrial Conference. | ARCH |
| PA2511L01.0 | 02/08/2012 | 1 | A | 1 | 300.00 | 0.30 | 90.00 | Telephone conference with Client. | ARCH |
| PA2511L01.0 | 02/08/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Two Emails to Client. | ARCH |
| PA2511L01.0 | 02/09/2012 | 1 | A | 1 | 300.00 | 2.50 | 750.00 | Preparation for and attendance at hearing in Tampa. | ARCH |
| PA2511L01.0 | 02/09/2012 | 1 | A | 20 | | | 5.00 | Parking and tolls. | ARCH |
| PA2511L01.0 | 02/13/2012 | 1 | A | 1 | 300.00 | 0.60 | 180.00 | Research | ARCH |
| PA2511L01.0 | 02/16/2012 | | A | 99 | | | 772.50 | Payment received--Thank you. | ARCH |
| PA2511L01.0 | 02/24/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Email to Plaintiffs' counsel regarding scheduling meeting. | ARCH |
| PA2511L01.0 | 02/28/2012 | 1 | A | 1 | 300.00 | 0.30 | 90.00 | Telephone conference with attorney regarding meeting and mediation. | ARCH |
| PA2511L01.0 | 02/29/2012 | 1 | A | 1 | 300.00 | 1.00 | 300.00 | Meeting with Client at Comfort Inn. | ARCH |
| PA2511L01.0 | 02/29/2012 | 1 | A | 23 | | | 9.25 | Copies | ARCH |
| PA2511L01.0 | 03/01/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of Motion to Withdraw. Email to attorney. | ARCH |
| PA2511L01.0 | 03/05/2012 | 1 | A | 1 | 300.00 | 0.40 | 120.00 | Receipt and review of several emails and response regarding discovery. | ARCH |
| PA2511L01.0 | 03/05/2012 | 1 | A | 20 | | | 3.50 | Tolls | ARCH |
| PA2511L01.0 | 03/08/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of correspondence regarding mediation. | ARCH |
| PA2511L01.0 | 03/08/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of correspondence. | ARCH |
| PA2511L01.0 | 03/09/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of correspondence regarding mediation. | ARCH |
| PA2511L01.0 | 03/09/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Email to Client regarding mediation. | ARCH |
| PA2511L01.0 | 03/19/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of email regarding mediation. | ARCH |
| PA2511L01.0 | 03/20/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Email to Client. | ARCH |
| PA2511L01.0 | 03/26/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of correspondence from mediator. | ARCH |
| PA2511L01.0 | 04/03/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of clerks minutes. | ARCH |
| PA2511L01.0 | 04/12/2012 | 1 | A | 1 | 300.00 | 1.50 | 450.00 | Prep of mediation summary. | ARCH |
| PA2511L01.0 | 04/13/2012 | 1 | A | 1 | 300.00 | 0.50 | 150.00 | Review of file. Preparation for mediation. | ARCH |
| PA2511L01.0 | 04/13/2012 | 2 | A | 1 | 125.00 | 0.20 | 25.00 | Email to Jack Cannon, Esq. | ARCH |
| PA2511L01.0 | 04/16/2012 | 1 | A | 1 | 300.00 | 3.25 | 975.00 | Attendance at mediation. | ARCH |
| PA2511L01.0 | 04/17/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Telephone conference with mediator re report. | ARCH |
| PA2511L01.0 | 04/19/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of mediation report. | ARCH |
| PA2511L01.0 | 04/23/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of court order re settlement. | ARCH |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID PA2511L01.0 Patel/Sonmuchlal | | | | | | | | | |
| PA2511L01.0 | 04/25/2012 | 1 | A | 1 | 300.00 | 0.20 | 60.00 | Receipt and review of corr from mediator. Letter to client. | ARCH |
| **Total for Client ID PA2511L01.0** | | | | | Billable | 22.45 | 6766.36 | Patel/Sonmuchlal | |
| | | | | | Payments | | 2593.61 | Patricia Kennedy v. Shiv Shraddha, LLC | |
| | | | | | **GRAND TOTALS** | | | | |
| | | | | | Billable | 22.45 | 6766.36 | | |
| | | | | | Payments | | 2593.61 | | |