UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-10055-CIV-KING/GARBER

ACCESS 4 ALL, INC., and
FELIX ESPOSITO,

      Plaintiffs,

v.

CASA MARINA OWNER, LLC, a
Foreign Limited Liability Co.,

      Defendant.

_____/

**NOTICE OF CONVENTIONAL FILING OF
DEFENDANT'S, CASA MARINA OWNER, L.L.C., VERIFIED MEMORANDUM OF
LAW AS TO ITS AWARD OF ATTORNEYS' FEES AND COSTS, PURSUANT TO
THIS COURT'S ORDER DATED OCTOBER 3, 2006**

**PLEASE TAKE NOTICE** that the foregoing document, with Exhibits, is being filed conventionally for the following reason:

[X] A technical failure of the Court's CM/ECF website on October 20th and 23rd, 2006.

Respectfully submitted,

Lydecker, Lee, Behar, Berga, & de Zayas, LLC
1201 Brickell Avenue, 5th Floor
Miami, Florida 33131
Phone: 305-416-3180
Fax:   305-416-3190
*Attorneys for Defendant*

By: _____
ab@lydeckerlaw.com
Richard Lydecker, Esq.
FBN: 490555
Aaron Behar, Esq.
FBN 166286

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-10055-CIV-KING/GARBER

ACCESS 4 ALL, INC., and
FELIX ESPOSITO,

    Plaintiffs,

v.

CASA MARINA OWNER, LLC, a
Foreign Limited Liability Co.,

    Defendant.
_____/

### DEFENDANT'S, CASA MARINA OWNER, LLC, VERIFIED MEMORANDUM OF LAW AS TO ITS AWARD OF ATTORNEYS' FEES AND COSTS, PURSUANT TO THIS COURT'S ORDER DATED OCTOBER 3, 2006

This Court determined that Plaintiffs' lawsuit against the Defendant is "frivolous, unreasonable and groundless, subjecting Plaintiffs to payment of Defendant's attorneys' fees and costs." *See* Order dated October 3, 2006. In so ruling, this Court dismissed Plaintiffs' claims, with prejudice, granted Defendant's Motion for Attorneys' Fees and Costs, and retained jurisdiction to fix a reasonable fee and costs after memorandums and affidavits have been submitted by the Defendant. Accordingly, Defendant, Casa Marina Owner, LLC, hereby files this Memorandum and Affidavits for the Court's fixing of a reasonable attorneys' fee and costs. **Given Plaintiffs' counsels' prior sanctions against them and the obvious lack of deterrence such sanctions had, Defendant is entitled to an award of its *full* attorneys' fees and costs, and hereby requests this Court enter a judgment granting Defendant a fee of $62,836.00 and costs/expenses in the amount of $5,410.85.**[1]

---

1 Notably, this requested fee amount reflects the undersigned's own reductions and exclusions from the billing records of approximately 75 hours from the requested fees, and $7.84 reduction in costs/expenses, which reflects the

LYDECKER, LEE, BEHAR, BERGA & DE ZAYAS, L.L.C.
1201 Brickell Avenue • Suite 200 • Miami • Florida 33131
Phone: 305-416-3180 • Fax: 305-416-3190

requested fees and expenses. *Sussman*, 150 F.R.D. at 215; *Doering v. Union County Bd. of Chosen Freeholders*, 857 F.2d 191, 195 (3rd Cir. 1988). The Tenth Circuit noted that it did not intend the examination of "reasonableness" to place any significant additional time burden upon the Court or to require additional evidentiary hearings. *White*, 908 at 684.

**The fees and costs incurred to date are $62,836.00 in attorneys' fees and $5,410.85 in costs and expenses, they have been carefully and closely reviewed to eliminate any redundancy or inefficiency and are necessary and reasonable. The above fees represent a total of 173.3 hours being charged. (See attached Exhibit "A").**

Aaron Behar, as lead counsel, incurred 91.2 hours at the reflected rate of $385.00 per hour, for a total of $35,112.00. Mr. Behar has been practicing in the area of labor and employment law since 1999. Upon graduation from the University of Florida College of Law, and initial admission to The Florida Bar, Mr. Behar practiced and continues to practice in the areas of labor and employment law including claims filed pursuant to the Americans with Disabilities Act.

Marcy Abitz has practiced labor and employment law since admission to The Florida Bar in December, 2002. Ms. Abitz incurred 12.4 hours at an hourly rate reflected as $340.00, for a total of $4,216.00. Margaret Mevers has practiced labor and employment law since admission to The Florida Bar in 2004. She billed 58.2 hours at an hourly rate of $340.00 per hour, for a total of $19,788.00. Onier Llopiz graduated *cum laude* from the University of Miami School of Law and has practiced labor and employment law since admission to The Florida Bar in 2002. He billed 2.7 hours at an hourly rate of $340.00, for a total of $918.00. Leandro Lissa was admitted to The Florida Bar in 2004. He billed 7.8 hours at an hourly rate of $340.00, for a total of $2,652.00. Jesse Tomalty graduated from the University of Florida in May, 2006. He has taken The Florida Bar Examination

Access 4 All Inc. and Felix Esposito v. Casa Marina Owner, LLC.
Case# 06-CIV-10055

| Date | Timekeeper | Client Name | Description | Time Spent | Time Spent | Rate | Slip Value |
|---|---|---|---|---|---|---|---|
| 5/30/2006 | AB | HARTFORD/Ac | Receipt and analysis of initial Complaint; evaluate claims and available defenses; prepare memorandum to file regarding litigation plan and issues for follow up and research. | 1:30 | 1.5 | 385 | $577.50 |
| 5/31/2006 | AB | HARTFORD/Ac | Research and analysis of ADAAG as to guidelines for parking, paths of travel, access to goods and services, restrooms, access to guest rooms and access to pools; compare same to Plaintiff's Complaint and develop basis for dismissal of same; notes to file. | 2:24 | 2.4 | 385 | $924.00 |
| 6/1/2006 | AB | HARTFORD/Ac | Prepare e-mail to client regarding ownership status of defendant; receipt and response regarding same; update file notes and follow up as to preparation of Motion to Dismiss. | 0:30 | 0.5 | 385 | $192.50 |
| 6/12/2006 | AB | HARTFORD/Ac | Receipt and review Court's order setting trial on plaintiff's demand for injunction; review Federal rules regarding continuance of injunction trial; telephone conference with opposing counsel regarding joint continuance of trial; notes to file. | 0:42 | 0.7 | 385 | $269.50 |
| 6/12/2006 | AB | HARTFORD/Ac | Prepare correspondence to opposing counsel regarding filing of Joint Stipulation for Enlargement of Time to File Response to Complaint; attach proposed Stipulation for court's execution. | 0:18 | 0.3 | 385 | $115.50 |
| 6/12/2006 | AB | HARTFORD/Ac | Receive telephone conference from opposing counsel regarding claims and defenses; Review Court's order setting injunction hearing; narrow scope of issues to raise at property inspection and possible mediation; prepare notes to file regarding follow up discovery to be conducted; Review of rules of civil procedure regarding site inspections. | 0:48 | 0.8 | 385 | $308.00 |
| 6/12/2006 | AB | HARTFORD/Ac | Identify scope of issues to include in discovery based on claims raised in plaintiff's complaint and research of ADAAG; notes to discovery file. | 0:30 | 0.5 | 385 | $192.50 |
| 6/12/2006 | AB | HARTFORD/Ac | Receipt and analysis of Plaintiff's proposed Joint Motion for Continuance of Trial Date; identify/prepare suggested modifications, prepare e-mail to opposing counsel regarding same. | 0:30 | 0.5 | 385 | $192.50 |
| 6/13/2006 | AB | HARTFORD/Ac | Receipt and review Federal Court Order scheduling Evidentiary Preliminary Injunction Hearing; update file notes in anticipation of calendar call and trial. | 0:24 | 0.4 | 385 | $154.00 |
| 6/13/2006 | AB | HARTFORD/Ac | Follow up telephone call with expert witness regarding background of claims and development of defenses based on standing; prepare notes to file for follow up and investigation. | 0:36 | 0.6 | 385 | $231.00 |
| 6/14/2006 | AB | HARTFORD/Ac | Receipt and review correspondence from opposing counsel regarding Joint Scheduling Rpt; receipt and review of Plaintiff's Proposed Joint Scheduling Rpt and proposed Order, evaluate estimated deadlines and prepare modification for submission to opposing counsel; update file notes. | 0:36 | 0.6 | 385 | $231.00 |
| 6/14/2006 | AB | HARTFORD/Ac | Receipt and review correspondence from opposing counsel regarding Consent to Exercise Jurisdiction by Magistrate Judge; receipt and review Plaintiff's Proposed Election to Magistrate, Plaintiff's Rule 26 Disclosures, Rule 26 (a)(2) Expert Witness Disclosure, Plaintiff's Filing of Certificate of Interested Persons and Corporate Disclosure Statement and Notice of other Actions; preparation and modification of each for submission to opposing counsel. | 0:42 | 0.7 | 385 | $269.50 |



EXHIBIT A