**Print**  |  **Close Window**

**Subject:** Attorneys Fees
**From:** tbb@thomasbaconlaw.com
**Date:** Tue, Nov 01, 2016 4:20 pm
**To:** tbb@thomasbaconlaw.com
**Attach:** image001.png

-------- Original Message --------
Subject: RE: Villas Plaza # 9175
From: Denise Wheeler <dwheeler@fordharrison.com>
Date: Wed, July 27, 2016 6:50 pm
To: "cullen@thomasbaconlaw.com" <cullen@thomasbaconlaw.com>
Cc: Thomas Bacon <tbb@thomasbaconlaw.com>, "Jennifer L. Stone" <JLStone@fordharrison.com>

I have now sent you a settlement agreement with a proposed attorney fee provision of $5,000.  That is more than my client have spent defending this case at $410/hr.   Please let me know if this is acceptable so we can wrap this case up.



**Denise L. Wheeler**
**Attorney at Law**

1514 Broadway, Suite 203 | Fort Myers, FL 33901
dwheeler@fordharrison.com | P: 239.314.2288

**Global HR Lawyers**

VCARD + BIO + FHPromise + KnowledgeCenter

**From:** cullen@thomasbaconlaw.com [mailto:cullen@thomasbaconlaw.com]
**Sent:** Friday, July 15, 2016 5:03 PM
**To:** Denise Wheeler
**Cc:** Thomas Bacon
**Subject:** Villas Plaza # 9175

Ms. Wheeler:

Attached please find the Plaintiff's initial discovery requests.

Phil Cullen

*ATTORNEY WORK PRODUCT - PRIVILEGED & CONFIDENTIAL*
The information contained in this message from Ford & Harrison LLP and any attachments are privileged and confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from reviewing, copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message and attachments. In the absence of an executed engagement letter or fee contract, no attorney client relationship is established by this communication.

Copyright © 2003-2016. All rights reserved.