UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-62175-BB (Bloom / Valle)

PATRICIA KENNEDY, Individually,

    Plaintiff,

vs.

BONOM ENTERPRISES, INC.
d/b/a THE COZY INN,

    Defendant.
_____/

**AFFIDAVIT OF DANIEL R. LEVINE**

STATE OF FLORIDA    )
                                )
COUNTY OF PALM BEACH  )

    BEFORE ME, the undersigned authority, on this date personally appeared DANIEL R. LEVINE, who, after first being duly sworn deposes and says:

    1.    I have been licensed to practice law in the State of Florida since 1995.

    2.    Since, 2002 I have been designated by the Florida Bar as a Board Certified Specialist in Labor and Employment Law.

    3.    I am a name partner in the Boca Raton law firm of Padula Bennardo Levine, LLP. My practice is exclusively devoted to the area of labor and employment law, concentrating on the representation of businesses before federal and state courts, as well as governmental administrative agencies, in connection with the defense of claims involving wage and hour violations, such as unpaid overtime compensation and minimum wages; discrimination on the basis of race, national origin, religion, gender, including pregnancy and sexual harassment, age, and disability; retaliation; the Family and Medical Leave Act; whistle-blowing violations; unfair

competition, non-compete agreements and trade secret violations; and employment contract/severance agreements. I also provide services related to general labor and human resource counseling; human resource audits; drafting and/or review of employee handbooks, personnel policy manuals and job classification descriptions; drafting and/or review of employment and independent contractor agreements; sexual harassment and EEO training; and severance package negotiations.

4. I am admitted to practice law in the United States Supreme Court, the United States Court of Appeals, Eleventh Circuit, and the United States District Court, Southern and Middle Districts of Florida.

5. I received my B.A. degree in 1992 from the University of Florida, and my J.D. *cum laude* in 1995 from the University of Miami School of Law. At the University of Miami School of Law, my core curriculum centered around labor and employment law, including courses in traditional labor law, employment discrimination, employment law, ERISA and civil rights.

6. I have been exclusively practicing labor and employment law since 1995. I also have served as an adjunct professor for Florida International University in connection with a program it sponsored in the area of human resources certification and training, as well as an adjunct professor at Lynn University, teaching a masters level course in human resources, including a major focus on wage and hour issues.

7. Since 2004, I also have been certified by the Florida Supreme Court as a Circuit Civil Mediator. I also am certified in this District as a federal court certified mediator.

8. Since in or about 2013, I also have been qualified as an Arbitrator, and most recently, I was appointed to the American Arbitration Association's national roster of arbitrators and mediators (primary panel - employment).

9. I am a member in good standing of the Florida Bar, Labor and Employment Law section. I have previously served as a member of the Executive Council of the Florida Bar, Labor and Employment Law Section. I appeared as a guest speaker for three years at the annual Labor and Employment Law Certification Review Seminar. I also have spoken at several CLE labor and employment law seminars.

10. Additionally, I have served as President of the Federal Bar Association, Broward County Chapter.

11. I currently serve as co-chair for the South Palm Beach County Bar Association's labor and employment law committee.

12. I was named a "Top Lawyer" in the South Florida Legal Guide from 2012-2017, having been previously recognized as a "Top Up and Comer" from 2008 to 2011. Additionally, I have been recognized as a "Super Lawyer" in the Florida Super Lawyers magazine since 2011.

13. As lead counsel in the above-captioned litigation, I was responsible for all of the work ultimately performed in the case.

14. My normal and customary hourly rate is $450.00 per hour. I believe that this hourly rate is appropriately awarded after fee hearings in this district to attorneys with similar levels of expertise and experience. This also is the hourly rate the defendant agreed to pay me in this case.

15. I charge the same hourly rate to all of my hourly clients, regardless of whether they are the plaintiff or defendant, and regardless of the type of case. In other words, I have been

retained by individual and corporations and these clients have agreed to pay and have paid me at the hourly rate of $450.00.

16. In this matter, I charged the defendant $3,000.00 in order to resolve this case and have not charged one penny more to the defendant.

16. Recently, Judge Rosenberg approved an FLSA settlement agreement in an unrelated case, including my hourly rate of $425.00. *See Lord v. Delivery Dudes LLC et al.*, Case 9:18-cv-80665-RLR [DE 14 and 15].

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.