UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY, individually,

    Plaintiff,

v.

PR TAHITI, LLC,

    Defendant.

Case No. 0:19-cv-62264-AHS

## AFFIDAVIT OF THOMAS B. BACON, ESQ.

I, Thomas B. Bacon, Esq., hereby state under oath as follows:

1. I am an attorney for the above referenced Plaintiff. I have been an attorney since 1989 and a member in good standing in the Florida Bar; Pennsylvania Bar; Georgia Bar; United States District Courts for the Southern District of Florida, Middle District of Florida, Northern District of Florida, Northern District of Georgia, Western District of Texas, Northern District of Illinois, Eastern District of Pennsylvania, Western District of Pennsylvania, District of Puerto Rico; the United States Circuit Courts for the Second Circuit, Third Circuit, Sixth Circuit and Eleventh Circuits. My resume is attached hereto as Exhibit 1.

2. I have handled several hundred Title III ADA cases during the course of my professional career. My resume is attached hereto.

3. I am an attorney in the instant action. I certify that I personally entered and fully reviewed my time records and supporting data submitted in this action and, specifically, in Plaintiffs' Fee Petition and that the motion is well grounded in fact and justified, and my time records and data are accurate.

4.       The time sheets submitted by me are primary, rather than secondary. See Exhibit 2. At the time of each task, I personally open the time sheet file maintained on my computer. I personally enter the date, description of the task, and time in tenths of an hour. When appropriate, I add up the time and calculate the entire bill. The exhibit submitted as my time sheet is the original time sheet I maintain, converted into pdf version for submission as an exhibit.

5.       A Bill of Costs and expenses incurred in this matter is attached hereto as Exhibit 3.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2020.

_____
Thomas B. Bacon

# THOMAS B. BACON

## Attorney-At-Law

| | |
|---|---|
| **EDUCATION** **LEGAL** | The American University, Washington College of Law, J.D. May 1989 |
| **UNDER-GRADUATE** | State University of New York at Albany B.A. May 1985: Political Science/History Concentrated Studies in Economics and Military History |
| **ACTIVITIES** | Executive Editor, Editorial Board, Executive Board (1987-1989) THE AMERICAN UNIVERSITY JOURNAL OF INTERNATIONAL LAW AND POLICY |
| **MEMBER** | Florida Bar, admitted 1998 Pennsylvania Bar, admitted 1989 Georgia Gar, admitted 2008 U.S. Southern District of Florida U.S. Middle District of Florida U.S. Northern District of Florida U.S. Northern District of Illinois U.S. Western District of Texas U.S. Western District of Pennsylvania U.S. Northern District of Georgia U.S. District of Puerto Rico U.S. Eleventh Circuit Court of Appeals |

                    U.S. Third Circuit Court of Appeals

                    U.S. Fourth Circuit Court of Appeals

                    U.S. Sixth Circuit Court of Appeals

**PUBLICATIONS**      When Your Grower's Agent Undersells Your Produce, Florida Grower, Jan. 2001

                    A Winning Strategy For Hunt's Point Bribery Claims, Florida Grower, Feb. 2001

                    Keeping Control of a Transaction That's Falling Apart, Florida Grower, Feb. 2000

                    Attorney Fee Clauses in P.A.C.A. Disputes, The Packer, July 1999

                    Claim Prevention and the Americans with Disabilities Act, published in conjunction with Continuing Legal Education Seminar, Pittsburgh PA 1997

                    Temporary Employees, and Employer's Rights and Obligations, published in conjunction with Continuing Legal Education Seminar, Pittsburgh PA 1997

                    INTELSAT: Pricing Flexibility to Preserve the System, 3 Am. U.J. Int'l L. & Pol'y 383 (Fall 1988)

| | |
|---|---|
| **EXPERIENCE** | Attorney<br>**THOMAS B. BACON, P.A.** 2008 TO PRESENT<br>Counseling and representation of disabled persons under Title III of the Americans With Disabilities Act.<br><br>**Fuller, Fuller & Associates, P.A.,** 2006 - 2008<br>Counseling and representation of disabled persons under Title III of the Americans With Disabilities Act.<br><br>**Solo Practitioner,** 1997 - February 2006<br>Counseling and representation of individuals and businesses in all general matters and civil litigation.<br><br>Attorney, 1992 - 1997<br>**Polito & Smock,** Pittsburgh, PA<br>Counseling and representation in matters of general, business and commercial litigation.<br><br>Attorney, February 1991 - April 1992<br>**Doepken Keevican Weiss & Medved,** Pittsburgh, PA<br>Counseling and representation in general, business and commercial litigation.<br><br>Judicial Law Clerk, August 1989 - February 1991<br>**Honorable William Gardner, Superior Court of District of Columbia**<br>Analysis and recommendations to trial judge ranging the full spectrum of general civil litigation.<br><br>Law Clerk, Summer 1988 |

**Reid & Priest**, Washington, D.C.

Analysis and recommendations on issues of telecommunications, taxation and federal energy regulation.

Law Clerk, Academic Year 1987 - 1988

**Wilson, Elser, Moskowitz, Edelman & Dicker**, Washington, D.C.

Analysis and recommendations on issues in insurance defense, contracts, medical malpractice, ethics, products liability, choice of laws, reinsurance treaty disputes, foreign arbitration, Iranian asset claims and foreign military sales.

Judicial Intern, Summer 1987

**Honorable Richard Salzman, Superior Court of the District of Columbia**

Analysis and recommendations to trial Judge on civil calendar.

Law Clerk, Summer 1987

**Small Business Administration, General Counsel's Office of Litigation**, Washington, D.C.

Analysis of issues in commercial litigation.

**THOMAS B. BACON, P.A.**
ATTORNEYS-AT-LAW
644 N. Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com

Our file 1325: Kennedy v. PR Tahiti, LLC, 19-cv-62264,
Ocean lodge 531 N Ocean Blvd, Boca Raton, FL 33432

Timesheets - Thomas B. Bacon

**June 27, 2019**
| | |
|---|---:|
| call with client | 0.1 |
| Call with investigator re performance of pre-suit investigation of hotel online reservations system ("ORS") | 0.1 |

**July 1, 2019**
| | |
|---|---:|
| review initial investigation and screenshots | 0.2 |
| Independent review ORS to confirm violations | 0.2 |
| Correspondence to co-counsel re instructions for opening case | 0.1 |

**July 5, 2019**
| | |
|---|---:|
| review correspondence from client | 0.1 |
| Correspondence to co-counsel re additional visits by client to ORS | 0.1 |

**August 10, 2019**
| | |
|---|---:|
| review correspondence from client | 0.1 |
| Correspondence to co-counsel re additional visits by client to ORS (additional since July 5) | 0.1 |

**October 29, 2019**
| | |
|---|---:|
| review clerks entry of default, notes to file and calendar | 0.1 |
| Correspondence to co-counsel re moving for default judgment | 0.1 |
| Review draft motion for default judgment | 0.2 |
| Correspondence to co-counsel re draft motion | 0.1 |

**Nov. 13, 2019**
| | |
|---|---:|
| exchange multiple correspondence with co-counsel re pending motion for default judgment | 0.3 |

**Jan. 16, 2020**
| | |
|---|---:|
| review file and docket re filing of motion for default judgment in October | 0.1 |

| | |
|---|---:|
| Correspondence to co-counsel re 90 days expiring from filing of default judgment | 0.1 |

**February 5, 2020**

| | |
|---|---:|
| review order denying motion for default judgment without prejudice | 0.1 |
| Review motion filed and comparison to other identical motions that were granted in assessing why court denied motion | 0.2 |

**Feb 18, 2020**

| | |
|---|---:|
| review docket and review file and analysis of what court requires | 0.1 |
| Call with client | 0.4 |
| Draft affidavit for plaintiff | 0.3 |
| Correspondence to client | 0.1 |
| Preparation of proposed order | 0.1 |
| Correspondence to co-counsel re proposed order, motion for default judgment and client affidavit | 0.1 |

**Feb. 19, 2020**

| | |
|---|---:|
| exchange multiple correspondence to client re affidavit | 0.2 |
| Revised affidavit | 0.2 |

**Feb. 20, 2020**

| | |
|---|---:|
| Correspondence to co-counsel re filing motion for default judgment | 0.1 |

**Feb. 5, 2020**

| | |
|---|---:|
| review order granting motion for default judgment | 0.1 |
| Total TBB Time, in hours | 4.2 |

Compensable TBB Time ($425/hr multiply by 4.2 hours) = $1,785.00