**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No.: 19-cv-62264-MGC

Patricia Kennedy,
    Plaintiff,

v.

PR Tahiti LLC,
    Defendant.

_____////

**DECLARATION OF SUZETTE M. MARTENY MOORE, ESQ.**

1.   I am an attorney licensed to practice law in the State of Florida. I have been a member of the Florida Bar since 2003.  I am a member of the United States District Courts For The District Of Colorado, Southern District Of Florida, Middle District Of Florida, Northern District Of Florida, U.S. Court of Claims, The U.S. Patent & Trademark Office (Reg. No. 53,273) and the U.S. Court Of Appeals for the Eleventh Circuit.

2.   I have successfully handled multiple Title III ADA cases.  My resume is attached to this Declaration as **Exhibit 1**.

3.   I am attorney in the instant action.  I certify that I personally entered and fully reviewed my time records and supporting data submitted in this action and, specifically, in Plaintiff's Fee Petition and that the motion is well-grounded in fact, justified and that my time and records and data are accurate.

4.   My time is entered into a case management application on my computer that tracks the number of hours and keeps a running total of my billing. My time sheet is attached as **Exhibit 2**.

FURTHER DECLARANT SAITH NOT.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2020.

_____
SUZETTE M. MARTENY MOORE

**SUZETTE M. MARTENY MOORE**
2690 S. Combee Rd.
Lakeland FL 33803
863 229 2140 (T)
863 808 0586 (F)
s.moore@smoorelaw.com

**SUMMARY:** Seasoned attorney with nearly fourteen years' experience in a variety of litigation matters.

**EXPERIENCE:**

*LITIGATION*
- Lead counsel in numerous complex civil litigations.
- Drafted complaints, answers, counterclaims, discovery, Markman briefs, claim charts, etc.
- Conducted pre-suit investigations of patent infringement, including review of prosecution histories and preparation of claim charts.
- Identified, interviewed, engaged and worked with technical and financial expert witnesses.
- Argued substantive evidentiary hearings in state and federal court, including preliminary injunctions, Markman proceedings, summary judgment, motions to dismiss, etc.
- Took and defended numerous witness and expert depositions.
- Litigated employment law matters on both plaintiff and defense side.

*LICENSING/TRANSACTIONS*
- Negotiated and drafted hundreds of intellectual property licenses as lead U.S.-based licensing counsel for international telecommunications company.
- Negotiated and drafted various business agreements such as manufacturing/supply, asset/stock purchase and master services agreements; technology licenses and assignments, and the like.
- Participated in due diligence efforts attendant to M&A deals, including verifying IP assets, and tracing ownership documents back through employment agreements, work-for-hire agreements, IP assignments, etc.

*REGULATORY*
- Experience in handling marketing/advertising compliance issues relating to Federal Trade Commission (FTC) laws and regulations, including lead counsel in enforcement actions
- Experience in handling issues relating to sweepstakes/illegal lotteries/online gaming

**EMPLOYMENT HISTORY**
- S.Moore Law PLLC (fka MartenyLaw/Bayshore Law Group) Managing Member, 2018-present
- Shumaker Loop & Kendrick, Partner, 2014-2018
- MartenyLaw/Bayshore Law Group, Managing Member, 2009-2014
- Englander Fischer, Of Counsel (Contract), 2012-2014
- Squire Sanders & Dempsey, Associate Attorney, 2007-2009
- Akerman Senterfitt, Associate Attorney, 2005-2007
- Carlton Fields, Associate Attorney, 2003-2005

**EDUCATION**
- Stetson College of Law, J.D., 2003
- Franklin Pierce, Intellectual Property Summer Institute, 2002
- University of South Florida, B.A., *magna cum laude*, 2000

**OTHER**
- Author, "Gaining and Maintaining Competitive Advantage Through Intellectual Property," *IP Law For Businesses: Protecting Yourself & Your Company*, (ExecSense, 2013).

---

**REGISTERED PATENT ATTORNEY**
*Reg. No. 53,273*

**COURT ADMISSIONS**
*Florida
Southern District of Florida
Middle District of Florida
Northern District of Florida
11th Circuit Court of Appeals
U.S. Court of Claims
District of Colorado*

**HONORS AND AWARDS**
*USF Chem – Outstanding Alumna
Super Lawyers - Rising Stars
Super Lawyers
Florida Trend - Legal Elite
Gulf Coast Business Review - Top 40 Under 40*

**PROFESSIONAL ASSOCIATIONS**
*13F Grievance Committee - Chair
Ferguson-White Inns of Court
AIPLA*

**ACADEMIC ACHIEVEMENTS**
*Phi Kappa Phi
Golden Key
National Society of Collegiate Scholars
USF Honors Program
USF Dean's List (all semesters)
Stetson Dean's List (x2)
"Book Award" – Securities Regulation and Torts I
Stetson Pro Bono Service Award*

Exhibit 1

**S. Moore Law PLLC**
2690 S. Combee Rd.
Lakeland, Florida 33803
United States
863-229-2140



| **Thomas Bacon** | | | **Balance** | $4,085.00 |
|---|---|---|---|---|
| 644 N. Broadway St.. | | | **Invoice #** | 00406 |
| Mt. Dora, FL 32757 | | | **Invoice Date** | March 12, 2020 |
| | | | **Payment Terms** | Due on Receipt |
| | | | **Due Date** | March 12, 2020 |

## 1325-FL : Ocean lodge 531 N Ocean Blvd, Boca Raton, FL 33432]] (1325-FL)

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 08/01/2019 | SM | Review | Check one drive for dates | $350.00 | 0.1 | $35.00 |
| 09/09/2019 | SM | Draft | REVIEW DOCUMENTS FROM CLIENT (SCREENSHOTS) AND INITIAL REPORT OF VIOLATIONS | $350.00 | 0.1 | $35.00 |
| 09/09/2019 | SM | Research | PERFORM PROPERTY APPRAISER AND SUNBIZ SEARCHES TO DETERMINE HOTEL OWNER | $350.00 | 0.5 | $175.00 |
| 09/09/2019 | SM | DRAFT COMPLAINT, SUMMONS, AND INITIAL DOCUMENTS FOR FILING | | $350.00 | 1.5 | $525.00 |
| 09/17/2019 | SM | General | ASSEMBLE SERVICE PACKAGE AND SEND TO PROCESS SERVER | $350.00 | 0.4 | $140.00 |
| 09/30/2019 | SM | General | NOT SERVED; CHECK STATUS | $350.00 | 0.1 | $35.00 |
| 10/08/2019 | SM | General | REVISED AFF OF SERVICE (SERVED 10/4/19) | $350.00 | 0.1 | $35.00 |
| 10/29/2019 | SM | Draft | DRAFT AND FILE MOTION FOR CLERKS DEFAULT | $350.00 | 0.2 | $70.00 |
| 10/29/2019 | SM | Draft | DRAFT MOTION FOR DEFAULT JUDGEMENT AND PROP ORDER AND SEND TO TBB FOR REVIEW | $350.00 | 0.5 | $175.00 |
| 01/13/2020 | SM | Review | REVIEW DOC# 13 - REASSIGNMENT OF JUDGE | $350.00 | 0.1 | $35.00 |
| 01/21/2020 | SM | calendar | INSTRUCT S. DAVIS REGARDING MYCASE AND CALENDAR ITEM- 90 DAYS FROM 10/29/19 | $350.00 | 0.1 | $35.00 |

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/06/2020 | SM | READ COURT ORDER | DENYING MOTION FOR DEFAULT JUDGMENT | $350.00 | 0.2 | $70.00 |
| 02/19/2020 | SM | Draft | READ ORDER [15] IN DETAIL TO DETERMINE REQUIREMENTS OF RENEWED MOTION AND BEGIN DRAFTING RENEWED MOTION | $350.00 | 1.9 | $665.00 |
| 02/20/2020 | SM | Draft | CONTINUE WORK ON MOTION | $350.00 | 1.1 | $385.00 |
| 02/21/2020 | SM | Draft | FINISH DRAFTING RENEWED MOTION, REVIEW AFFIDAVITS; FINAL REVIEW OF LEGAL RESEARCH; COMPILE EXHIBITS AND FILE | $350.00 | 2.6 | $910.00 |
| 03/05/2020 | SM | READ | READ ORDER GRANTING MOTION AND FINAL DEFAULT JUDGMENT | $350.00 | 0.1 | $35.00 |
| 03/12/2020 | SM | Draft | CALENDAR DEADLINE FOR FILING PER L.R. RULE 7.3 | $350.00 | 0.1 | $35.00 |
| **Non-billable Time Entries:** | | | | | | |
| 09/11/2019 | P2 | Efile | EFILE COMPLAINT AND CIVIL COVERSHEET | $125.00 | 0.1 | $12.50 |
| 09/23/2019 | P2 | General | CHECK STATUS OF SERVICE | $125.00 | 0.1 | $12.50 |
| 09/30/2019 | P2 | General | CHECK STATUS | $125.00 | 0.1 | $12.50 |
| 10/08/2019 | P2 | Efile | EFILE NOS ROS | $125.00 | 0.1 | $12.50 |
| 10/29/2019 | P2 | Update docket in file | UPDATE FILE WITH DOC #19 AND #11 | $125.00 | 0.1 | $12.50 |

|  |  | Totals: | 10.2 | **$3,395.00** |
|---|---|---|---|---|

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 10/04/2019 | SM | Service of Process | | $90.00 | 1.0 | $90.00 |
| 03/12/2020 | SM | EXPERT | DANIEL PEZZA | $600.00 | 1.0 | $600.00 |

Expense Total: **$690.00**

**Terms & Conditions:**

Our invoices are due on receipt. We appreciate prompt payment and remind you that a 10% monthly finance charge will be applied to all balances that are 30 days or more past due.

| | |
|---|---|
| Time Entry Sub-Total: | $3,395.00 |
| Expense Sub-Total: | $690.00 |
| **Sub-Total:** | $4,085.00 |
| Total | $4,085.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$4,085.00** |

**S. Moore Law PLLC**
2690 S. Combee Rd.
Lakeland, Florida 33803
United States
863-229-2140



**Thomas Bacon**
644 N. Broadway St..
Mt. Dora, FL 32757

| | |
|---|---|
| **Balance** | $1,715.00 |
| **Invoice #** | 00441 |
| **Invoice Date** | April 30, 2020 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | April 30, 2020 |

## 1325-FL : Ocean lodge 531 N Ocean Blvd, Boca Raton, FL 33432]] (1325-FL)

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 04/27/2020 | SM | Draft | Draft verified application for attorneys' fees, costs, expert fees and litigation expenses; | $350.00 | 2.2 | $770.00 |
| 04/27/2020 | SM | Legal Research | Legal research: review local rule 7.3 | $350.00 | 0.2 | $70.00 |
| 04/27/2020 | SM | Legal Research | Legal research - "prevailing party" Read and analyze Buckannon Board & Care Home, Inc. v. West Virginia Dept. of Health and Human Resources, 532 US 598, 607 (2001) and Am. Disability Ass'n v. Chmrielarz, 289 F.3d 1315, 1320 (11th Cir. 2002) | $350.00 | 1.0 | $350.00 |
| 04/30/2020 | SM | Preparation | Prepare attorney fee affidavit | $350.00 | 0.3 | $105.00 |
| 04/30/2020 | SM | Draft | Draft Notice of Previously Awarded Fees | $350.00 | 0.2 | $70.00 |
| 04/30/2020 | SM | Preparation | Prepare Exhibits to Verified Fee Application | $350.00 | 0.5 | $175.00 |
| 04/30/2020 | SM | Review | Review and proof fee application, make final edits and file | $350.00 | 0.5 | $175.00 |
| | | | | Totals: | 4.9 | $1,715.00 |

**Terms & Conditions:**

Our invoices are due on receipt. We appreciate prompt payment and remind you that a 10% monthly finance charge will be applied to all balances that are 30 days or more past due.

| | |
|---|---|
| Time Entry Sub-Total: | $1,715.00 |
| **Sub-Total:** | $1,715.00 |
| **Total:** | $1,715.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$1,715.00** |