UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-cv-62264-MGC

Patricia Kennedy,

    Plaintiff,

v.

PR Tahiti LLC,

    Defendant.

_____/ / / /

## PLAINTIFF'S BILL OF COSTS AND LITIGATION EXPENSES

Plaintiff hereby submits the following bill of costs and expenses and exhibits incurred in the instant action.  Litigation expenses are awardable pursuant to 42 U.S.C. Section 12205.

**COSTS**

| | |
|---|---|
| Filing Fee | $400.00 |
| Service of Process | $ 90.00 |

**LITIGATION EXPENSES**

| | |
|---|---|
| Initial Investigator | $600.00 |

**TOTAL**  $1,090.00

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020 a true and correct copy of the foregoing was filed using the Clerk of Court's CM/ECF filing system, which will serve all counsel of record electronically.

/s/Suzette M. Marteny Moore
FBN 668591
s.moore@smoorelaw.com
EService@smoorelaw.com
S. Moore Law PLLC
2690 South Combee Road

Lakeland, Florida 33803
863-229-2140 (T)
(863) 808-0586 (F)

and

Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262

SUZETTE MARTENY MOORE
THOMAS B. BACON, PA.
Case Search  - Return to Dashboard                                                                                     Log Out

**Case Information**

| | |
|---|---|
| **County:** | SOUTHERN |
| **Case Number:** | 19-CV-62264-MGC |
| **Court:** | District |
| **Plaintiff:** | PATRICIA KENNEDY |
| **Defendant:** | PR TAHITI LLC |

| Job Number | Reference | To Serve On | Completed | Type of Service | Date Invoiced | Total |
|---|---|---|---|---|---|---|
| 2019032302 | 1325 | PR TAHITI LLC | Oct 4 2019 10:40AM | CORPORATE SERVICE | Oct 8 2019 7:49AM | $90.00 |
| | | | | | **Total Charged:** | **$90.00** |

**Company Name**
PO Box 432
Odessa, Fl 33556

# INVOICE

INVOICE #13145
DATE: 6/27/2019

**TO:**

Thomas Bacon Law Office
644 N MC Donald Street
Mount Dora, FL 32757

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Ocean lodge 531 N Ocean Blvd, Boca Raton, FL 33432 | 3.0 | $200.00 | $600.00 |
| | | TOTAL | $600.00 |

Make all checks payable to Company Name