UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62264-CIV-SINGHAL

PATRICIA KENNEDY,

    Plaintiff,

v.

PR TAHITI, LLC,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation to District Judge (DE [25]), issued on December 3, 2020. Therein, Magistrate Judge Valle considered Plaintiff's Amended Verified Application for Attorney's Fees, Costs, Expert Fees, and Litigation Expenses (DE [21]) and recommends the Plaintiff's Amended Verified Application for Attorney's Fees, Costs, Expert Fees, and Litigation Expenses (DE [21]) be **GRANTED IN PART**. Magistrate Judge Valle further recommends that Plaintiff be awarded a total of $6,895 in fees and $1,065 in costs.

Parties have fourteen days to file any objections to a magistrate judge's factual findings. *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b). Here, neither side filed any such objections. With no objections filed, the Court's review of the Report and Recommendation to District Judge (DE [25]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file

and record and has made a *de novo* review of the issues. No objections to the Report and Recommendation to District Judge (DE [25]) have been filed, thus, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation to District Judge (DE [25]) is **AFFIRMED** and **ADOPTED**. The Plaintiff's Amended Verified Application for Attorney's Fees, Costs, Expert Fees, and Litigation Expenses (DE [21]) is **GRANTED IN PART**. Plaintiff is awarded a total of $6,895 in fees and $1,065 in costs. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of December 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF